Alfred R. Fish, Respondent, *v.* The Estate of Eliza-
beth M. McCarthy, Inc., Appellant.

(Argued March 20, 1930; decided April 8, 1930.)

*Merwin W. Lay* for appellant.
*L. Earl Higbee* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Cardozo, Ch. J., Pound, Crane, Lehman,
Kellogg, O'Brien and Hubbs, JJ.